Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLEY CALDWELL,<br><br>　　　　　　　　Plaintiff,<br>V<br><br>THOMAS MODLY, Acting Secretary of the Navy, [1]<br><br>　　　　　　　　Defendant. | NO.  C19-6095 BHS<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Defendant Modly, in the above-entitled cause of action, without waiving objections to, *inter alia*, service, venue, or jurisdiction, hereby enters an appearance by and through the attorneys of record listed below:

　　　　　PATRICIA D. GUGIN, WSBA #43458
　　　　　Assistant United States Attorney
　　　　　United States Attorney's Office
　　　　　1201 Pacific Avenue, Ste. 700
　　　　　Tacoma, WA 98402
　　　　　Phone: 253-428-3832
　　　　　Fax: 253-428-3826

---

[1] Thomas Modly is now Acting Secretary of the Department of the Navy, so pursuant to Fed. R. Civ. P. 25(d), he is automatically substituted as the proper party.

NOTICE OF APPEARANCE
C19-6095 BHS 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

You are advised that notice of all future pleadings, notices, documents, or other paper herein, exclusive of original process, may be made upon Defendant by serving the undersigned attorneys at the address stated below.

DATED this 8th day of January, 2020.

    Respectfully submitted,

    BRIAN T. MORAN
    United States Attorney

    */s/ Patricia D. Gugin*
    PATRICIA D. GUGIN, WSBA #43458
    Assistant United States Attorney
    United States Attorney's Office
    1201 Pacific Avenue, Ste. 700
    Tacoma, WA 98402
    Phone: 253-428-3832
    Fax: 253-428-3826
    E-mail: pat.gugin@usdoj.gov

NOTICE OF APPEARANCE
C19-6095 BHS 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Chalmers C. Johnson
Chalmers@gsjoneslaw.com

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 8th day of January, 2020.

*/s/ Rebecca L. Clauson*
Rebecca L. Clauson, Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Rebecca.clauson@usdoj.gov

NOTICE OF APPEARANCE
C19-6095 BHS 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800